ANNA BERGIN, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

Mem. of decision below, 77 Hun, 612.
(Argued October 30, 1895; decided November 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made May 18, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also an order denying defendant's motion for a new trial.

*Frank H. Hiscock* for appellant.

*Louis Marshall* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except FINCH, J., not sitting.

---

EDWARD A. ANDERSON, Respondent, *v.* ANNA ANDERSON. Appellant.

Reported below, 74 Hun, 56.
(Submitted October 31, 1895; decided November 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 1, 1893, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William J. Carr* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.